## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:20-CV-1773-T-60CPT

Plaintiff:
**DAVID POSCHMANN**

vs.

Defendant:
**SUNSHINE COZY COTTAGES, LLC**

For:
DREW M. LEVITT
4700 N.W. BOCA RATON BLVD
SUITE 302
BOCA RATON, FL 33431

Received by 24 HOUR PROCESS on the 31st day of July, 2020 at 11:54 pm to be served on **SUNSHINE COZY COTTAGES, LLC C/O DARLENE SCHNEIDER, REGISTERED AGENT, 701 GULF BOULEVARD, INDIAN ROCKS, FL 33785**.

I, BRETT POKORNY, being duly sworn, depose and say that on the **15th day of August, 2020 at 9:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Kris \*\*Refused\*\* C/O DARLENE SCHNEIDER, REGISTERED AGENT** as **Person Identified As Being An Employee** for **SUNSHINE COZY COTTAGES, LLC**, at the address of: **701 GULF BOULEVARD, INDIAN ROCKS, FL 33785**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: Caucasian, Height: 5'5", Weight: 120, Hair: White, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2).

State of Florida    County of Pinellas

Subscribed and Sworn to before me on the 20th day of August, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

DONALD W. SEWARD
MY COMMISSION # GG 054503
EXPIRES: February 16, 2021
Bonded Thru Notary Public Underwriters

_____
BRETT POKORNY
APS 59364

24 HOUR PROCESS
6742 Forest Hill Blvd #300
West Palm Beach, FL 33413
(561) 705-2378

Our Job Serial Number: JEG-2020000716
Ref: SUNSHINE COZY COTTAGES, LLC

© 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n