UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:20-cv-1773-T-60CPT

DAVID POSCHMANN,

        Plaintiff,

v.

SUNSHINE COZY COTTAGES, LLC,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

    Dated: September 18, 2020

                                      s/Drew M. Levitt
                                      Drew M. Levitt
                                      Florida Bar No. 782246
                                      drewmlevitt@gmail.com
                                      Lee D. Sarkin, Esq.
                                      Florida Bar No. 962848
                                      Lsarkin@aol.com
                                      4700 N.W. Boca Raton Boulevard
                                      Suite 302
                                      Boca Raton, Florida 33431
                                      Telephone (561) 994-6922
                                      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically, Notices of Electronic Filing.

                                              s/Drew M. Levitt
                                              DREW M. LEVITT, ESQ.

## SERVICE LIST

Edward C. Castagna, Esq.
eservice@castagnalaw@gmail.com
CASTAGNA LAW FIRM, P.A.
611 Druid Road East, Suite 717
Clearwater, Florida 33756
Telephone (727) 446-6699
Attorneys for Defendant
Via CM/ECF